

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00269-CV

ADOLFO R. MARTINEZ, Appellant

V.

NOEL P. BENAVIDES, PABLO A. MARTINEZ, INC., DR. JAVIER TADEO RAMIREZ, JUDITH CHRISTINA R. BARRERA, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF EVANGELINA H. RAMIREZ, MARIA CECILIA R. BENAVIDES, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF EVANGELINA H. RAMIREZ, CLAUDIA RAMIREZ MATHERS, AND LETICIA R. REYES, Appellees

Appeal from the 229th District Court of Starr County. (Tr. Ct. No. DC-03-350).

This case is an appeal from the final judgment signed by the trial court on December 9, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the portion of the trial court's judgment that dismissed appellant's claims with prejudice. Accordingly, the Court **modifies** the referenced portion of the trial court's judgment to strike the words "with prejudice," and **remands** the case to the trial court for an oral hearing on the motion to reinstate.

The Court **orders** that the appellant, Adolfo R. Martinez, pay one half of the appellate costs. The Court **orders** that the appellees, Noel P. Benavides, Pablo A. Martinez, Inc., Dr. Javier Tadeo Ramirez, Judith Christina R. Barrera, Individually and as Executrix of the Estate of Evangelina H. Ramirez, Maria Cecilia R. Benavides, Individually and as Executrix of the Estate of Evangelina H. Ramirez, Claudia Ramirez Mathers, and Leticia R. Reyes, jointly and severally, pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 31, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Huddle.